**SEALED**

BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

**FILED**

SEP - 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:12-CR-315 KJM |
| 　　　　　Plaintiff, ) | |
| 　　v. ) | **ORDER TO SEAL** |
| ) | (UNDER SEAL) |
| LEE LOOMIS, ) | |
| 　aka Lawrence Leland Loomis, ) | |
| JOHN HAGENER, ) | |
| DARREN FEHST, ) | |
| MICHAEL LLAMAS, ) | |
| PETER WOODARD, ) | |
| JOSEPH A. GEKKO, and ) | |
| DAWN C. POWERS ) | |
| 　　　　　Defendants. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Russell L. Carlberg to Seal Indictment, and this Order and this case, in the above-referenced case, shall be sealed until further order of the Court.

DATED: Sept 6, 2012

GREGORY G. HOLLOWS
United States Magistrate Judge