```
1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748
5
6
7
```




FILED
SEP 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re: SEALED INDICTMENT OF ) CR. NO. 2:12-0315 KJM
LEE LOOMIS, ET AL.           )
                             )
_____) Application For Order Unsealing
                               Indictment; [Proposed] Order

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COME NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On September 6, 2012 the Honorable United States Magistrate Judge Gregory G. Hollows issued an order sealing the Indictment in the above-referenced case.

2. On or about September 14, 2012, federal agents executed an arrest warrant on the lead defendant.

3. It is in the interests of the public and the efficient administration of justice to unseal the indictment.

THEREFORE, your petitioner prays that the aforesaid indictment

1

be unsealed and made part of the public record.

Dated: September 12, 2012         Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  U.S. ATTORNEY

                              by: /s/ Russell L. Carlberg
                                  RUSSELL L. CARLBERG
                                  Assistant U.S. Attorney

[PROPOSED] ORDER

THE COURT HEREBY ORDERS that the Indictment in case No. 2:12-CR-0315 KJM be unsealed and made part of the public record.

DATED: Sept. 14, 2012

                                  _____
                                  HON. KENDALL J. NEWMAN
                                  United States Magistrate Judge

2