BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
PAUL HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LEE LOOMIS, JOHN HAGENER,<br>and DAWN C. POWERS,<br><br>        Defendants. | CR. S-12-00315 KJM<br><br>STIPULATION AND PROTECTIVE ORDER REGARDING DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFICATION INFORMATION |

    IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Todd D. Leras and Paul Hemesath, Assistant United States Attorneys, on behalf of the government, Douglas Beevers, Assistant Federal Defender, on behalf of defendant Lee Loomis, Attorney William J. Portanova on behalf of defendant John Hagener, and Christopher Haydn-Myer on behalf of defendant Dawn Powers, that the documents to be provided as discovery in this case are subject to a Protective Order.

    Defendants are charged with various mail and wire fraud offenses related to an alleged scheme to acquire real property on

behalf of numerous investors.  The parties agree that discovery in the case necessarily contains Protected Information.  The phrase "Protected Information" as used in this stipulation and order includes investor Social Security Numbers, Driver's License Numbers, dates of birth, addresses, telephone numbers, e-mail addresses, and any other personal or financial identifying information.  This Protective Order extends to all documents provided by the government to defense counsel in this case, including those items related to conduct not charged in the Indictment.

By signing this Stipulation and Protective Order, defense counsel agree not to share any documents containing Protected Information in unredacted form with any person other than primary counsel, assisting counsel, designated defense investigators, and support staff.  Defense counsel may allow their clients to view unredacted documents in the presence of their respective attorneys, investigators and/or appropriate support staff.

The parties further agree that defense counsel, investigators, and support staff shall not permit any defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  Defense counsel, investigators and support staff may provide their respective clients with copies of documents from which all Protected Information has been redacted.

In the event that any defendant substitutes counsel, the undersigned attorneys agree to withhold documents containing Protected Information from new counsel until such time as substituted counsel agrees to be bound by this Protective Order.

1  This stipulation and protective order has been provided to
2 defense counsel for their review.  Following review of its
3 contents, Assistant U.S. Attorney Todd Leras has been authorized
4 via e-mail to sign this stipulation on behalf of Attorney William
5 J. Portanova, Attorney Christopher Haydn-Myer and Assistant
6 Federal Defender Douglas Beevers.

DATED: September 27, 2012         By:  /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: September 27, 2012         By:  /s/ Paul Hemesath
                                  PAUL HEMESATH
                                  Assistant U.S. Attorney

DATED: September 27, 2012         By: /s/ Todd D. Leras for
                                  DOUGLAS BEEVERS
                                  Attorney for Defendant
                                  LEE LOOMIS

DATED: September 27, 2012         By: /s/ Todd D. Leras for
                                  WILLIAM J. PORTANOVA
                                  Attorney for Defendant
                                  JOHN HAGENER

DATED: September 27, 2012         By: /s/ Todd D. Leras for
                                  CHRISTOPHER HAYDN-MYER
                                  Attorney for Defendant
                                  DAWN C. POWERS

FOR GOOD CAUSE SHOWN, pursuant to the stipulation of counsel, Protected Information provided to defense counsel by the government as discovery in Case Number S-12-315 KJM shall:

1. Be shared in unredacted format only among primary counsel, assisting counsel, designated defense investigators, and support staff;

2. Be viewed by a defendant in unredacted format only in the presence of his or her attorney, investigator, and/or appropriate support staff; and

3. Be provided to a defendant only in a copy from which all Protected Information has been redacted.

No person shall permit a Defendant to copy, either in writing or by other means, Protected Information contained in the discovery. No person shall provide substitute counsel with documents containing Protected Information until such time as substitute counsel has agreed to be bound by this Protective Order.

IT IS SO ORDERED

Date:   September 28, 2012.

_____
UNITED STATES DISTRICT JUDGE