THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Michael Llamas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00315-JAM |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| LEE LOOMIS, et al., | |
| Defendants. | |

**IT IS HEREBY** stipulated and agreed to between all parties, that a Status Conference be scheduled on January 8, 2013, at 9:45 a.m.  This case was re-assigned to the Honorable John A. Mendez after Judge Kimberly J. Mueller submitted a recusal order on October 23, 2012, which vacated the Status Conference on November 7, 2012.  All parties are requesting additional time to complete their responsibilities pertaining to discovery and case preparation.  The defendants are aware of the issues concerning discovery and agree to this continuance and to an exclusion of time for complexity and case preparation.

The parties further stipulate and agree that the period from the date of this stipulation through and including January 8, 2013, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and 18 U.S.C. 3161 (h)(7)(B)(iv);  Local Codes T-2 and T-4.  Counsel

United States v. Lee Loomis, et al., Case No. 2:12-cr-00315-JAM         -1-

for all defendants requires additional time for preparation and all defendants request that the court find the case complex. Accordingly, all parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: November 13, 2012         Respectfully Submitted,

*/s/ Thomas A. Johnson*
THOMAS A. JOHNSON
Attorney for Defendant
MICHAEL LLAMAS

Dated: November 13, 2012         */s/ Thomas A. Johnson for*
DOUGLAS BEEVERS
Attorney for
LEE LOOMIS

Dated: November 13, 2012         */s/ Thomas A. Johnson for*
WILLIAM PORTONOVA
Attorney for
JOHN HAGENER

Dated: November 13, 2012         */s/ Thomas A. Johnson for*
CHRISTOPHER HAYDN-MYER
Attorney for
DAWN C. POWERS

Dated: November 13, 2012         BENJAMIN B. WAGNER
United States Attorney

*/s/ Thomas A. Johnson   for*
TODD LERAS
Assistant U.S. Attorney

# **O R D E R**

**IT IS HEREBY ORDERED:** That a Status Conference is to be scheduled for January 8, 2013 at 9:45 a.m.  It is further ORDERED that the time under the Speedy Trial Act between today's date and January 8, 2013, is excluded under Local Codes T-2 and T-4, and 18 U.S.C. § 3161(h)(7)(B)(ii) and 18 U.S.C. § 3161 (h)(7)(B)(iv), to ensure adequate time for preparation of counsel and because of case complexity.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through January 8, 2013.

Dated:  11/13/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge