BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00315-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LEE LOOMIS, ET AL., | Date: September 24, 2013<br>Time 9:45 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 24, 2013.

2. By this stipulation, defendant now moves to continue the status conference until November 12, 2013, and to exclude time between September 24, 2013, and November 12, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes hundreds of thousands of pages of discovery and terabytes of electronic discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Attorneys for defendants desire additional time to conduct additional investigation, to review and copy discovery for this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for trial.

c) Attorneys for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2013 to November 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7) (B)(iv) [Local Code T4 - Preparation] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) Due to the complexity of this case—in particular the volume and type of discovery—this time period is also deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii) [Local Code T2 - Complexity].

///
///
///
///
///
///
///
///

STIPULATION RE: EXCLUDABLE TIME; [PROPOSED] FINDINGS AND ORDER

2

1    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the
2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
3 must commence.

4    IT IS SO STIPULATED.

5 Dated: September 19, 2013                BENJAMIN B. WAGNER
                                           United States Attorney
6

7                                          /s/ Paul A. Hemesath
                                           PAUL A. HEMESATH
8                                          Assistant United States Attorney

9

10 Dated: September 19, 2013               /s/ Christopher Haydn-Myer
                                           CHRISTOPHER HAYDN-MYER
11                                         Attorney for DAWN C. POWERS

12

13 Dated: September 19, 2013               /s/ Michael B. Bigelow
                                           MICHAEL B. BIGELOW
14                                         Attorney for JOSEPH A. GEKKO

15

16 Dated: September 19, 2013               /s/ Douglas Beevers
                                           DOUGLAS J. BEEVERS
17                                         Attorney for LEE LOOMIS

18

19 Dated: September 19, 2013               /s/ William John Portanova
                                           WILLIAM JOHN PORTANOVA
20                                         Attorney for JOHN HAGENER

21

22 Dated: September 19, 2013               /s/ Dan Frank Koukol
                                           DAN FRANK KOUKOL
23                                         Attorney for PETER WOODARD

24

25

26

27

28

STIPULATION RE: EXCLUDABLE TIME; [PROPOSED]           3
FINDINGS AND ORDER

| | | |
|---|---|---|
| 1 | Dated: September 19, 2013 | /s/ Thomas A. Johnson |
| 2 | | THOMAS A. JOHNSON<br>Attorney for Michael Llamas |
| 4 | Dated: September 19, 2013 | /s/ Michael N. Pancer |
| 5 | | MICHAEL N. PANCER<br>Attorney for Michael Llamas |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of September, 2013

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE