DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 447-8600
Fax:            (916) 930-6482
E-Mail:        davefischer@yahoo.com

KRESTA DALY, SBN 199689
BARTH-DALY, LLP
431 "I" Street, Suite 201
Sacramento, CA 95814
Telephone:  (916) 440-8600
Facsimile:   (916) 440-9610
E-Mail: kdaly@barth-daly.com

Attorneys for Defendant
LAWRENCE LELAND "LEE" LOOMIS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE LELAND "LEE" LOOMIS<br><br>　　　　　Defendant. | Case No.: 2:12-CR-00315 JAM<br><br>**WAIVER OF APPEARANCE** |

Pursuant to Rule 43, Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of

jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

DATED: July 10, 2015

/s/ Lawrence L. Loomis
LAWRENCE LELAND "LEE" LOOMIS
Defendant

DATED: July 10, 2015

/S/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
LAWRENCE LELAND "LEE" LOOMIS

DATED: July 10, 2015

/s/ Kresta N. Daly
KRESTA N. DALY
Attorney for Defendant
LAWRENCE LELAND "LEE" LOOMIS

**IT IS SO ORDERED**

Dated: 7/10/2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge