1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   JARED C. DOLAN
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9                  IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,                CASE NO. 2:12-CR-315 JAM
12
                          Plaintiff,         STIPULATION CONTINUING DATES TO FILE
13                                           OPPOSITION; [~~PROPOSED~~] ORDER

                    v.
14                                           DATE: August 20, 2015
   LEE LOOMIS,                               TIME: 2:00 p.m.
15                                           COURT: Hon. Edmund F. Brennan

                          Defendant.
16

17

18                           **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21      1.      On July 30, 2015, the defendant filed motions for disclosure of witness list and a bill of

22  particulars. Those motions were noticed to be heard on August 20, 2015, at 2:00 p.m.

23      2.      By this stipulation, the parties move to extend the time by which the government must

24  file its opposition to those motions to August 13, 2015. The reason for the extension is that the parties

25  are engaging in informal discussion to determine whether the motions can be withdrawn without the

26  need for an in-court hearing.

27  /////

28  /////

        STIPULATION TO EXTEND GOVERNMENT'S          1
        TIME TO FILE OPPOSITIONS

3.     The parties agree that all other dates are to remain the same.

IT IS SO STIPULATED.


Dated:  August 6, 2015                                    BENJAMIN B. WAGNER
                                                          United States Attorney


                                                          /s/ JARED C. DOLAN
                                                          JARED C. DOLAN
                                                          Assistant United States Attorney


Dated:  August 6, 2015                                    /s/ DAVID FISCHER
                                                          DAVID FISCHER
                                                          Counsel for Defendant
                                                          LEE LOOMIS


                              **[~~PROPOSED~~] ORDER**

IT IS SO ORDERED this 6th day of August, 2015.


                                                          THE HONORABLE EDMUND F. BRENNAN
                                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND GOVERNMENT'S
TIME TO FILE OPPOSITIONS