DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

KRESTA N. DALY
BARTH DALY, LLP
431 I Street, Suite 201
Sacramento, CA 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
E-Mail: kdaly@barth-daly.com

Attorneys for Defendant
LAWRENCE LELAND "LEE" LOOMIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00315 JAM |
| Plaintiff, | STIPULATION CONTINUE DATE TO FILE REPLY AND [~~PROPOSED~~] ORDER |
| v. | |
| LAWRENCE LOOMIS, | |
| Defendant. | |

## **STIPULATION**

Defendant, by and through defendant's counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. On July 30, 2015, the defendant filed motions for disclosure of witness list and a bill of particulars. Those motions were noticed to be heard on August 20, 2015, at 2:00 p.m.

2. By stipulation, the parties agreed to extend the time by which the government must file an opposition to those motions to August 13, 2015.

3. On August 13, 2015, the defense agreed to withdraw the motion for disclosure of witness list.

{00016756}

---

Declaration of Lee Loomis     2:12-CR-0315 JAM

4. On August 13, 2015, the government filed an opposition to the bill of particulars.

5. By stipulation, the parties move to extend the time by which the defense must file its reply to the government's opposition to August 17, 2015.

IT IS SO STIPULATED

Dated: August 14, 2015      BENJAMIN WAGNER
                            U.S. ATTORNEY

                            by: /s/ David D. Fischer for
                            PAUL HEMESATH
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

Dated: August 14, 2015      /s/ David D. Fischer
                            DAVID D. FISCHER
                            Attorney for Defendant
                            LAWRENCE LELAND LOOMIS

**O R D E R**

IT IS SO ORDERED this 17th day of August, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

{00016756}