DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

KRESTA N. DALY (SBN 199689)
BARTH-DALY, LLP
431 I Street, Suite 201
Sacramento, CA 95814
Telephone:    (916) 440-8600
Facsimile:    (916) 440-9610
E-Mail: kdaly@barth-daly.com

Attorneys for Defendant
LAWRENCE LELAND "LEE" LOOMIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE LELAND "LEE" LOOMIS,<br><br>    Defendant. | No. 2:12-CR-00315 JAM<br><br>STIPULATION EXTEND DATES FOR FILING OPPOSITION BRIEFS, REPLYI BRIEFS, GOVERNMENT WITNESS LIST, GOVERNMENT EXHIBIT LIST AND ORDER |

## STIPULATION

Defendant, by and through defendant's counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. Previously, the Court ordered the government to file a witness list and an exhibit

1

list by November 15, 2015. November 15, 2015, is a Sunday.

2. By stipulation, the parties agreed to extend the deadline for the government to file a witness list and an exhibit list for one day to Monday, November 16, 2015.

3. On March 24, 2015, the Court established a briefing schedule. Defense motions needed to be filed by October 20, 2015. Responses are due on November 17, 2015. Replies are due December 8, 2015.

4. The defense filed two motions on October 20, 2015.

5. After the filing of defense motions, the government identified several QuickBooks backup files for the defense that it previously provided as part of the 4TB of electronic discovery in this case. These files are potentially related to subjects raised by the defense in its motions.

6. The defense is in the process of reviewing these QuickBooks backup files to determine whether or not to withdraw, or modify, either of the motions it filed on October 20, 2015.

7. By stipulation, the parties agreed to extend the time by which the government must file any opposition briefs to those motions to December 1, 2015.

8. By stipulation, the parties agreed to extend the time by which the defense must file any reply briefs to December 15, 2015.

IT IS SO STIPULATED

Dated: November 6, 2015                                BENJAMIN WAGNER

                                                       U.S. ATTORNEY

                                           by:   /s/ David D. Fischer for
                                                 JARED DOLAN
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

Dated: November 6, 2015                    /s/ David D. Fischer
                                           DAVID D. FISCHER
                                           Attorney for Defendant
                                           LAWRENCE LELAND LOOMIS

**O R D E R**


IT IS SO ORDERED this 10th day of November, 2015


                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    UNITED STATES DISTRICT COURT JUDGE