BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

DEC 01 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE LEE LOOMIS,<br><br>Defendant. | CASE NO. 2:12-CR-315 JAM<br><br>STIPULATION TO EXTEND DATES FOR FILING OPPOSITION AND REPLY BRIEFS; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 20, 2015, the defense filed two motions to dismiss the indictment.

2. After the filing of defense motions, the government identified several files in discovery related to the subject raised by the defense in its motions. To accommodate the defense review of those materials, the parties agreed to extend the date for the government to file an opposition to the motions to December 1, 2015.

3. The defense has now reviewed that material and has determined not to withdraw or modify either of the motions it filed. While the government has conducted a substantial amount of research into the issues raised by the defense, an additional week is needed to finalize the government response to the issue raised by the defense in its motions.

STIPULATION REGARDING BRIEFING SCHEDULE

1

|   |   |   |
|---|---|---|
| 1 | 4. By stipulation, the parties agree and request to extend the time by which the government must file any opposition to the motions by one week to December 8, 2015. | |
| 3 | 5. By this stipulation, the parties agree and request to extend the time by which the defense will file any replies to December 22, 2015. | |

4. By stipulation, the parties agree and request to extend the time by which the government must file any opposition to the motions by one week to December 8, 2015.

5. By this stipulation, the parties agree and request to extend the time by which the defense will file any replies to December 22, 2015.

IT IS SO STIPULATED.

Dated: December 1, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

Dated: December 1, 2015

/s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
LAWRENCE LEE LOOMIS

*[Handwritten:]* The Court does not approve this stipulation. Government brief is due by 5pm on Dec. 2, 2015, Defense reply is due by 5pm on Dec. 14, 2015

**ORDER**

IT IS SO ORDERED this ___ day of _____, ____.

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING BRIEFING SCHEDULE

2