## IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 12-CR-00315-JAM |
| | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER FOR |
| | ) | SUBPOENA OF WITNESS |
| LEE LOOMIS | ) | AND ORDER FOR IMMEDIATE |
| | ) | PRODUCTION PURSUANT |
| | ) | TO RULE 17(c) |

Upon motion of the defendant, by and through his counsel, and upon good cause being shown,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue a subpoena duces tecum for the following witness to produce records forthwith, pursuant to Rule 17(b) and (c), Federal Rules of Criminal Procedure.

**Subpoena Duces Tecum**
Intuit, Inc
2632 Marine Way, MS2675
Mountain View, CA 94043
Telephone: (650) 944-6000
Fax: (650) 944-5656

The Court finds certain records which may be of evidentiary value in the above-entitled case, and it further appearing these documents are needed immediately, **IT IS THEREFORE ORDERED** that in accordance with Rule 17(c), Federal Rules of Criminal Procedure, the papers, documents or objects, or copies thereof, set forth in the attached subpoena issued to: Intuit, Inc, 2632 Marine Way, MS2675, Mountain View, CA 94043 be provided forthwith, to the attorney for the defendant, David D. Fischer, Law Offices of David D. Fischer, APC, 5701 Lonetree Blvd., Suite 312, Rocklin, CA 95765, so that they may be inspected and examined.

Dated: December 7, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE