IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0315 JAM |
| Plaintiff, | ORDER ALLOWING DEPOSITIONS PURSUANT TO FED. R. CRIM. P. 15(h) |
| v. | |
| LEE LOOMIS, | |
| Defendant. | |

The United States has submitted a request to take the deposition of Idella Jobe under Fed. R. Crim. P. 15(h). The defendant has agreed to the taking of the deposition. The Court consents to the government taking and using the deposition of the witness at trial. The Court accepts the defendant's waiver of his personal presence at the deposition. Pursuant to Fed. R. Crim. P. 15(d), the government shall pay any reasonable travel and subsistence expenses of the defendant's attorneys to attend the deposition.

**IT IS SO ORDERED**.

Dated: 12/21/2015

/s/ John A. Mendez

JOHN A. MENDEZ
United States District Court Judge