1 BENJAMIN B. WAGNER
United States Attorney
2 PAUL A. HEMESATH
JARED C. DOLAN
3 Assistant United States Attorney
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6
Attorneys for Plaintiff
7 United States of America

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 2:12-cr-315 JAM |

12 | Plaintiff, | ORDER REGARDING CUSTODY OF LEE LOOMIS DURING DEPOSITIONS |

13 | v. |

14 | LEE LOOMIS, |

15 | Defendant. |

On December 21, 2015, the Court granted the government's motion to take the deposition of Idalla Jobe. That deposition is currently scheduled for January 5, 2016. To effectuate the Court's Order, and so that Mr. Loomis can observe the deposition via live video-conference at the office of the United States Attorney, the Court **ORDERS** the United States Marshal to turn custody of Mr. Loomis over to FBI Special Agents Traci Varasso and/or Dennis Guertin. The agents shall take custody of Mr. Loomis at the U.S. Marshal's office in Sacramento at 8:00 a.m. on January 5, 2016. Custody of Mr. Loomis will be returned to the U.S. Marshal on January 5, 2016, at the conclusion of the deposition.

**IT IS SO ORDERED.**

Dated: 12/29/15                    /s/ John A. Mendez
                                   The Honorable John. A. Mendez
                                   UNITED STATES DISTRICT COURT JUDGE