1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PAUL A. HEMESATH
   JARED C. DOLAN
3  KEVIN C. KHASIGIAN
   Assistant U. S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone:  (916) 554-2700

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:12-CR-00315-JAM

12            Plaintiff,

                                                 PRELIMINARY ORDER OF
13       v.                                      FORFEITURE

14  LEE LOOMIS,

15            Defendant.

16

17       Based upon the plea agreement entered into between plaintiff United States of America and

18  defendant Lee Loomis, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

19       1.      Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Lee Loomis'

20  interest in the following property shall be condemned and forfeited to the United States of America, to

21  be disposed of according to law:

22       a.    Approximately $133,803.53 in U.S. Currency seized from Washington Mutual
               Bank, N.A., Account #4420842802, held in the name of Advantage Financial
23             Group Holdings Management LLC, and

24       b.    Approximately $328,495.75 in U.S. Currency seized from Washington
               Mutual Bank, N.A., Account #4412174338, held in the name of Loomis Wealth
25             Solutions LLC.

26       2.      The above-listed property constitutes property, real or personal, derived from proceeds

27  traceable to a violation of 18 U.S.C. § 1343 – Wire Fraud.

28                                               1

3.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.     a.     Pursuant to 28 U.S.C. § 2461(c) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.     This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 6th day of May, 2016.

/s/ John A. Mendez                                          
JOHN A. MENDEZ
United States District Judge

Preliminary Order of Forfeiture