DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

KRESTA N. DALY (SBN 199689)
BARTH DALY, LLP
431 I Street, Suite 201
Sacramento, CA 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
E-Mail: kdaly@barth-daly.com

Attorneys for Defendant
LAWRENCE LELAND "LEE" LOOMIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00315 JAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| LAWRENCE LOOMIS, | |
| Defendant. | |

## **STIPULATION**

Defendant, by and through defendant's counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. July 19, 2016 is the date currently set for sentencing in the above captioned matter. The defense wishes to advance the sentencing date by one week to July 12, 2016.

2. The parties agree the length of time to file informal objections will be shortened by one week. The schedule will be as follows:

June 7, 2016    Draft PSR will be disclosed to all counsel.

June 14, 2016   Informal objections due.

{00019062}

| | | |
|---|---|---|
| June 21, 2016 | Final PSR due. | |
| June 28, 2016 | Formal objections due. | |
| July 5, 2016 | Reply briefs/statements [if any] due. | |
| July 12, 2016 | Sentencing hearing. | |

3. Probation Officer Shannon Morehouse is aware of the proposed schedule and has no objection.

IT IS SO STIPULATED

Dated: June 8, 2016

          by: /s/ Kresta Daly for
          PAUL HEMESATH
          Assistant U.S. Attorney
          Attorney for Plaintiff

Dated: June 8, 2016         /s/ Kresta Daly
          KRESTA DALY
          Attorney for Defendant
          LAWRENCE LELAND LOOMIS

**O R D E R**

IT IS SO ORDERED this 8th day of June, 2016

          /s/ John A. Mendez
          UNITED STATES DISTRICT COURT JUDGE

{00019062}