IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 12-CR-00315-JAM |
| | ) | |
| vs. | ) | [PROPOSED] ORDER FOR |
| | ) | SUBPOENA OF WITNESS |
| LEE LOOMIS | ) | AND ORDER FOR IMMEDIATE |
| | ) | PRODUCTION PURSUANT |
| | ) | TO RULE 17(c) |

Upon motion of the defendant, by and through his counsel, and upon good cause being shown,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue a subpoena duces tecum for the following witness to produce records forthwith, pursuant to Rule 17(b) and (c), Federal Rules of Criminal Procedure.

**Subpoena Duces Tecum**

Mark Redmond
Law Office of Mark Redmond
7311 Greenhaven Drive, Suite 268
Sacramento, CA 95831

The Court finds certain records which may be of evidentiary value in the above-entitled case, and it further appearing these documents are needed immediately.

~~The Court further finds this order and request for a Rule 17(c) subpoena should be filed under seal, and that neither the United States nor the general public shall have access. The Court so finds because the disclosure of these records would result in the dissemination of defense strategy and information subject to the attorney-client privilege. Therefore the Court orders the Clerk of the Court file this order and application for a Rule 17(c) under seal.~~

**IT IS THEREFORE ORDERED** that in accordance with Rule 17(c), Federal Rules of Criminal Procedure, the papers, documents or objects, or copies thereof, set forth in the attached subpoena issued to: Mark Redmond, Law Office of Mark Redmond, 7311 Greenhaven Drive, Suite 268, Sacramento CA

95831, be provided forthwith, and in any event no later than July 10, 2016, to the attorney for the defendant, Kresta Nora Daly, Barth Daly, LLP, 431 I Street, Suite 201, Sacramento, CA 95814, 916-440-8600, so that they may be inspected and examined.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE

SACRAMENTO, CALIFORNIA
_6/10/16_, 2016

{00017898}