UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE LOOMIS,<br><br>    Defendant. | No. 2:12-cr-00315 JAM<br><br>**ORDER GRANTING WAIVER OF INEFFECTIVE ASSISTANCE OF COUNSEL CLAIM IN MOTION TO WITHDRAW GUILTY PLEA** |

For good cause showing and based on the record before the Court, the Court hereby finds that defendant Lee Loomis ("Loomis") through the claim of ineffective assistance of counsel made in his pending motion to withdraw his guilty plea, initially waived the attorney-client privilege with respect to any discussions he had with his attorneys Kresta Daly and David Fischer, as well as their advice or strategy, concerning their representation of Loomis in this case. However, on January 20, 2017 Loomis filed his "Response to Government's Application . . . " (ECF No. 463) in which he specifically waived his claim of ineffective assistance of counsel "as a 'fair and just' reason for the Court to consider in its decision to grant or deny [his]

1

pending motion to withdraw plea."

The Court finds that Loomis' waiver is knowingly, intelligently and voluntarily made. Accordingly, there is no need for the government to seek or obtain any information from attorneys Kresta Daly and David Fischer regarding the ineffective assistance of counsel claim raised by Loomis since that claim has now been waived and will not be considered by the Court.

The Court further finds that there is no need for the United States to supplement its Opposition to Loomis' motion to withdraw his guilty plea (ECF No. 438). Loomis will submit his reply to the United States' Opposition on or before February 3, 2017. A hearing on the motion to withdraw guilty plea is set for Tuesday, February 21, 2017 at 11:00 a.m.

IT IS SO ORDERED.

Dated: January 23, 2017

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2