McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LEE LOOMIS,<br><br>   Defendant. | 2:12-CR-00315-JAM<br><br>STIPULATION AND ORDER FOR ANCILLARY HEARING BRIEFING SCHEDULE |

Pursuant to the Minute Order filed December 21, 2020, the United States of America through its undersigned counsel, Paul A. Hemesath and Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner Flagstar Bank, FSB ("Flagstar"), Roland P. Reynolds, respectfully request that the Court extend the deadlines and set the following ancillary hearing briefing schedule regarding Petitioner Flagstar's filing [ECF No. 714]:  the Government to respond by January 29, 2021, and Petitioner to reply by February 5, 2021.  The ancillary hearing briefing schedule is requested to allow the parties to analyze and review complex financial documents, discuss any impacts from the defendant's death, and to deal with impacts of the COVID-19 pandemic.  Further, additional potential third parties have been sent notice regarding the seized assets and they have yet to file a claim, thus this extension will allow for a coordinated ancillary proceeding among many claimants.

1

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioner hereby stipulate that the Government respond by January 29, 2021, and Petitioner reply by February 5, 2021, following any opposition.  If the Court determines that a hearing is necessary, it will be set after the matter has been fully briefed.

Dated:  1/6/2021                                                         McGREGOR W. SCOTT
                                                                                          United States Attorney

                                                                    By:     /s/ Kevin C. Khasigian
                                                                               PAUL A. HEMESATH
                                                                               KEVIN C. KHASIGIAN
                                                                               Assistant U.S. Attorneys

Dated:  1/6/2021

                                                                    By:     /s/ Roland P. Reynolds
                                                                               ROLAND P. REYNOLDS
                                                                               Counsel for Petitioner Flagstar Bank, FSB

                                                                               (Authorized by email)

## **ORDER**

IT IS SO ORDERED.

Dated: January 6, 2021                                             /s/ John A. Mendez
                                                                                   THE HONORABLE JOHN A. MENDEZ
                                                                                   UNITED STATES DISTRICT COURT JUDGE