McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEE LOOMIS,<br><br>        Defendant. | 2:12-CR-00315-JAM<br><br>STIPULATION AND ORDER FOR ANCILLARY HEARING BRIEFING SCHEDULE |

The United States of America through its undersigned counsel, Paul A. Hemesath and Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner Flagstar Bank, FSB ("Flagstar"), Roland P. Reynolds, respectfully request that the Court extend the deadlines and set the following ancillary hearing briefing schedule regarding Petitioner Flagstar's filing [ECF No. 714]:  the Government to respond by February 12, 2021, and Petitioner to reply by February 19, 2021.  The ancillary hearing briefing schedule is requested to allow the parties to analyze and review complex financial documents, discuss any impacts from the defendant's death, and to deal with impacts of the COVID-19 pandemic. Further, additional potential third parties have been sent notice regarding the seized assets and they have yet to file a claim, thus this extension will allow for a coordinated ancillary proceeding among many claimants.

1    WHEREFORE, based on the foregoing, and for good cause shown, the United States and

2  Petitioner hereby stipulate that the Government respond by February 12, 2021, and Petitioner reply by

3  February 19, 2021, following any opposition.  If the Court determines that a hearing is necessary, it will

4  be set after the matter has been fully briefed.

5

6  Dated:  1/28/2021                                    McGREGOR W. SCOTT
                                                         United States Attorney
7

8                                              By:      /s/ Kevin C. Khasigian
                                                       PAUL A. HEMESATH
9                                                      KEVIN C. KHASIGIAN
                                                       Assistant U.S. Attorneys
10

11  Dated:  1/28/2021

12                                             By:      /s/ Roland P. Reynolds
                                                       ROLAND P. REYNOLDS
13                                                     Counsel for Petitioner Flagstar Bank, FSB

14                                                     (Authorized by email)

15

16                                       **ORDER**

17    IT IS SO ORDERED.

18
    Dated:  January 29, 2021                     /s/ John A. Mendez
19                                              _____
                                                 THE HONORABLE JOHN A. MENDEZ
20                                               UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28
                                         2
                                                          Stipulation and Order re Ancillary Hearing
                                                          Briefing Schedule