PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LEE LOOMIS,<br><br>      Defendant. | 2:12-CR-00315-JAM<br><br>STIPULATION AND ORDER TO RESOLVE ANCILLARY PETITION FILED BY HENRY LOUIS FOURIE |

IT IS HEREBY STIPULATED, by and between plaintiff United States of America and petitioner Henry Louis Fourie, appearing *in propria persona*, to compromise and settle his interest in the Approximately $133,803.53 in U.S. Currency seized from Washington Mutual Bank, N.A., Account #4420842802, held in the name of Advantage Financial Group Holdings Management LLC.

    1.    This stipulation covers only one of the two assets, the $133,803.53 in U.S. Currency seized from Washington Mutual Bank, N.A., Account #4420842802, held in the name of Advantage Financial Group Holdings Management LLC.  The second asset, Approximately $328,495.75 in U.S. Currency seized from Washington Mutual Bank, N.A., Account #4412174338, held in the name of Loomis Wealth Solutions LLC was previously transferred to Flagstar Bank pursuant to a Stipulation and Order to Resolve Ancillary Petition Filed by Flagstar Bank, FSB [ECF No. 721].

    2.    On or about May 9, 2016, this Court entered a Preliminary Order of Forfeiture [ECF No. 378] pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea

1

1  agreement entered into between the United States and defendant Lee Loomis forfeiting to the United

2  States the following assets:

3          a.      Approximately $133,803.53 in U.S. Currency seized from Washington Mutual
                   Bank, N.A., Account #4420842802, held in the name of Advantage Financial
4                  Group Holdings Management LLC, and

5          b.      Approximately $328,495.75 in U.S. Currency seized from Washington
                   Mutual Bank, N.A., Account #4412174338, held in the name of Loomis Wealth
6                  Solutions LLC.

7          3.      Beginning on May 19, 2016, for at least 30 consecutive days, the United States published

8  notice of the Court's Order of Forfeiture on the official internet government forfeiture site

9  www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court

10  within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

11  validity of their alleged legal interest in the forfeited property.  The Declaration of Publication was filed

12  on July 14, 2016.

13         4.      The United States of America completed direct written notice by certified mail to Lisa

14  Loomis, Louis Fourie, and Flagstar Bank.

15         5.       On August 16, 2022, petitioner Henry Louis Fourie filed a petition [ECF No. 726]

16  alleging an interest in the above-listed assets.  No other parties, other than Flagstar Bank, have filed

17  petitions in this matter, and the time in which any person or entity may file a petition has expired.

18         6.      The parties hereby stipulate that Henry Louis Fourie has an interest superior to the United

19  States' in the Approximately $133,803.53 in U.S. Currency seized from Washington Mutual Bank, N.A.,

20  Account #4420842802 ("the Funds").  Henry Louis Fourie has a legal right, title, or interest in the Funds,

21  and such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant

22  to Fed. R. Crim. P. 32.2(c)(2) to account for his interest, because such interest was vested in him rather

23  than defendant Lee Loomis at the time of the commission of the acts which give rise to the forfeiture of

24  the Funds.  *See* 21 U.S.C. § 853(n).  The parties further stipulate, however, that Lee Loomis had an

25  interest in the Funds and the Preliminary Order of Forfeiture remains valid to the extent it orders the

26  forfeiture of his interest.

27         7.      Upon entry of an order granting this Stipulation, the U.S. Marshals Service shall transfer

28  the following funds to Henry Louis Fourie:

2

a.      Approximately $133,803.53 in U.S. Currency seized from Washington Mutual Bank, N.A., Account #4420842802, held in the name of Advantage Financial Group Holdings Management LLC, plus all accrued interest.

8.      The payment to petitioner Henry Louis Fourie shall be in full settlement and satisfaction of all claims and petitions by him to the above-listed assets, and of all claims arising from and relating to the seizure and detention of the above-listed assets.

9.      All parties to this stipulation hereby release the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the seizure and detention of the above-listed assets.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure and detention, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

A general release does not extend to claims which the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

10.     Henry Louis Fourie agrees not to pursue against the United States any other rights that he may have arising out of or in any way connected with the seizure and detention of the above-listed assets, including, but not limited to, any right to assess additional interest or penalties except as specifically allowed herein.

11.     Petitioner Henry Louis Fourie understands and agrees that by entering into this stipulation of his interest in the Funds, he waives any right to litigate further his ownership interest in the above-listed assets and to petition for remission or mitigation of the forfeiture.  Thereafter, if this Stipulation and Order to Transfer Funds to Petitioner Henry Louis Fourie is approved by the Court, then unless specifically directed by an order of the Court, Henry Louis Fourie shall be excused and relieved from further participation in this action.

12.     Henry Louis Fourie understands and agrees that the United States reserves the right to void the stipulation if, before payment, the U.S. Attorney obtains new information indicating that Henry Louis Fourie is not an "innocent owner" or "bona fide purchaser" pursuant to the applicable forfeiture

3

Stipulation and Order

1  statutes.  The United States shall promptly notify Henry Louis Fourie of such action.  A discretionary

2  termination of forfeiture shall not be a basis for any award of fees.

3          13.     The parties agree to execute further documents, to the extent reasonably necessary, to

4  complete the transaction and to implement further the terms of this Stipulation.

5          14.     Each party agrees to bear its own costs and attorneys' fees.

6          15.     The terms of this Stipulation shall be subject to approval by the United States District

7  Court.  Violation of any term or condition herein shall be construed as a violation of an order of the

8  Court.

9          16.     The court shall maintain jurisdiction over this matter to enforce this stipulation.

10  Dated:  9/20/2022                                    PHILLIP A. TALBERT
                                                         United States Attorney
11
                                                         /s/ Kevin C. Khasigian
12                                                       KEVIN C. KHASIGIAN
                                                         Assistant U.S. Attorney
13

14  Dated:  9/20/2022                                     /s/ Henry Louis Fourie
                                                         HENRY LOUIS FOURIE
15                                                       Petitioner appearing *in propria persona*
                                                         (Original signature retained by attorney)
16

17                                        ORDER

18          The Court having received, read, and considered the foregoing Stipulation of the parties, and good

19  cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the

20  Court hereby enters an Order to Transfer Funds to Petitioner Henry Louis Fourie on the terms set forth in

21  the parties' Stipulated Settlement.  All right, title, and interest of Lee Loomis, Lisa Loomis, and Flagstar

22  Bank to the Approximately $133,803.53 in U.S. Currency seized from Washington Mutual Bank, N.A.,

23  Account #4420842802, held in the name of Advantage Financial Group Holdings Management LLC, is

24  hereby extinguished.

25          SO ORDERED this 23rd day of September, 2022.

26

27                                                       /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
28                                                       SENIOR UNITED STATES DISTRICT JUDGE

                                        4

                                                                            Stipulation and Order